## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

| | | |
|---|---|---|
| **JONATHAN D. BAILEY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 17-CV-00937-BP** |
| | ) | |
| **MICHAEL BARRETT, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## JOINT STATUS REPORT

On July 27, 2018, after the parties reached a resolution during mediation, the Court ordered the parties to file either dismissal paperwork or a joint status report by September 10, 2018. As of today's date, the parties have fully executed the settlement agreement and have submitted it for processing of payment. Under the agreement, once Plaintiff receives payment, he is to dismiss this action. The parties anticipate that this will occur within the next 30 days.

Respectfully submitted,

JOSHUA D. HAWLEY
Attorney General

*/s/ D. Ryan Taylor*
D. RYAN TAYLOR
Assistant Attorney General
Missouri Bar No. 63284
615 E. 13th Street, Suite 401
Kansas City, MO 64106

Case 4:17-cv-00937-BP   Document 27   Filed 09/10/18   Page 1 of 2

Phone: (816) 889-5008
Fax: (816) 889-5006
ryan.taylor@ago.mo.gov

Cheryl Ann Schuetze, Mo. Bar #53736
Assistant Attorney General
P.O. Box 899
Jefferson City, MO 65102
Phone: 573-751-6628
Fax: 573-751-5660
Email: cheryl.schuetze@ago.mo.gov

## CERTIFICATE OF SERVICE

I hereby certify that on September 10, 2018, I filed the foregoing

electronically with the Clerk of Court to be served by operation of the Court's

electronic filing system upon all counsel of record.

*/s/ D. Ryan Taylor*
D. RYAN TAYLOR
Assistant Attorney General